**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

**UNITED STATES OF AMERICA,**
**PEOPLE OF THE VIRGIN ISLANDS**
      **Plaintiff**

                                      Cr. 2007/0056-02

**vs**

*Misael Ortiz*

      **Defendant(s)**

---

### MEMORANDUM RECORD OF PROCEEDING

Defendant appeared before George W. Cannon, Jr. U.S. Magistrate Judge on the 28th day of December 2007 at 9:00am (time), (before) (after) the filing of the Indictment in the above cause, a copy of which (was) (was not) given to the defendant. The defendant was informed of the complaint and constitutional rights and statutory rights including:

(X) Right to counsel of own choosing; (X) Right to remain silent; if a voluntary statement is made, it could be used against him/her; (X) Right to preliminary examination; (X) Right to bail.

The defendant was also advised that if he/she is unable to hire a lawyer that one would be provided without cost; You have a right to talk to the lawyer before answering questions and to have the lawyer present during any questioning or statement which may be made; and that if willing to make a statement, You have the right to stop at any time they wish; You have a right to obtain assistance of the court's officers in serving witnesses on defendant's behalf. At the time of appearance, defendant (was) (was not) in custody.

### O R D E R

Upon the record of proceeding, it is hereby;

ORDERED THAT DEFENDANT BE RELEASED FROM CUSTODY UPON EXECUTION OF:

- An unsecured Appearance Bond in the amount of $10,000.00, Custody and Bond.
- ☐ An Appearance Bond in the amount of $_____ with security of ten percent (10%) of the face amount of the bond.
- ☐ Bail Bond with one or more sureties or deposit of cash in lieu thereof, in the amount of $_____.
- ☐ Other conditions:_____

12/28/07 Advise of rights hearing held, Detention Hearig & Arraignment scheduled for 1/2/08 @ 9:00 am

Page 2
Minutes of Proceedings

Attorney Martial Webster, Esq. appointed to represent defendant.

You are to sign in at the U.S. Marshal's Office each Wednesday at 9:30 A.M., at District Court, located at 3013 Golden Rock, Christiansted, St. Croix.

Dated: 01/25/06

　　　　　　　　　　　　　　　　　　　/s/ George W. Cannon
　　　　　　　　　　　　　　　　　　　George W. Cannon
　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

　　　　I certify that I truly and accurately interpreted the statement of the Judge from English to _____ a language which the defendant understands.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Interpreter

Defendant's Date of Birth: _____ Age: _____

Residence Address: _____

Mailing Address: _____

City: _____

Island (State): _____

Home Phone: _____ Business Phone: _____

Arresting Officer: _____

Date of Arrest: _____

　　　　I certify that I received a copy of this Memorandum Record of Proceeding.

_____　　　_____